Hillsborough, }
Nov. 1, 1938. }

CHRIS MANELAS

*v.*

NATIONAL ACCIDENT AND HEALTH INSURANCE COMPANY.

560

*Warren, Wilson, McLaughlin & Wiggin,* for the plaintiff, furnished no brief.

*Thorp & Branch,* for the defendant.

*Per Curiam.* The plaintiff cannot recover if the falsity of his statement "affected either the acceptance of the risk or the hazard assumed by the insurer." P. L., *c.* 281, *s.* 15. In this jurisdiction a false statement as to medical history is held to affect the acceptance of the risk as a matter of law. *Amoskeag Trust Co.* v. *Insurance Co.,* 88 N. H. 154, 163.

*Judgment for the defendant.*

BRANCH, J., did not sit.